IN THE UNITED STATES DISTRICT COURT

**FILED**

FOR THE NORTHERN DISTRICT OF ALABAMA

99 SEP 30 AM 9: 11

SOUTHERN  DIVISION

U.S. DISTRICT COURT
N.D. OF ALABAMA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CV 99-J-2135-S |
| | ) | |
| ALFONSO GRAVES, JR., | ) | |
| | ) | **ENTERED** |
| Defendant. | ) | SEP 3 0 1999 |

## FINDINGS AND CONCLUSIONS

This cause coming on to be heard on the written motion of Plaintiff, supported by affidavit, for Judgment by Default in favor of Plaintiff and against Defendant, Alfonso Graves, Jr., pursuant to Rule 55, Federal Rules of Civil Procedure, the Court makes the following findings and conclusions:

1.  The Summons and Complaint were served upon Defendant on August 19, 1999, Defendant has failed to appear, plead, or otherwise defend.

2.  Defendant, Alfonso Graves, Jr., is not an infant or incompetent person, nor has Defendant been in the military service of the United States since the filing of this suit or for a period of six months prior to such filing.

3.  Defendant, Alfonso Graves, Jr., is  indebted to Plaintiff in the principal sum of $2,155.07, court costs of $150.00 pursuant to 28 U.S.C. § 2412 (a)(2), U.S. Marshal costs of $51.16, accrued interest of $1,531.68 as of September 27, 1999, and at the rate of 8% per annum until date of judgment, plus interest from the date of judgment at the prevailing legal rate per annum.

5

4.   Plaintiff is due to recover from Defendant, Alfonso Graves, Jr., the sum of $3,887.91, plus interest hereafter at the prevailing legal rate per annum until paid in full, plus any additional costs.  An abstract of judgment will be entered accordingly.

Done this the _____*30*_____ day of September, 1999.

_____

UNITED STATES DISTRICT JUDGE